No. 438. MRS. GERTRUDE S. PONDER *v.* LAMAR LIFE INSURANCE COMPANY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. H. B. Warren, Joseph D. Barksdale,* and *Albert H. Van Hook* for petitioner. No appearance for respondent.

No. 440. LEHIGH VALLEY RAILROAD COMPANY *v.* STEAM TUG CUTCHOQUE, HER ENGINES, ETC., LONG ISLAND RAILROAD COMPANY, CLAIMANT. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. T. Catesby Jones* for petitioner. *Messrs. Chauncey I. Clark* and *William J. Dean* for respondents.

No. 441. IRVIN McD. GARFIELD, AS RECEIVER OF B. B. & R. KNIGHT, INC. *v.* MALLORY STEAMSHIP COMPANY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Hunter* for petitioner. *Mr. Ray Rood Allen* for respondent.

No. 442. J. A. KEMP, T. B. NOBLE, I. H. ROBERTS, ET AL. *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt, Messrs. Sewall Key,* and *A. W. Gregg* for the United States.

No. 445. MAX HART *v.* B. F. KEITH VAUDEVILLE EXCHANGE, ORPHEUM CIRCUIT, INC., EXCELSIOR COLLECTION AGENCY ET AL. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second

Circuit denied. *Messrs. Martin W. Littleton, Louis B. Eppstein, Ira W. Hirshfield,* and *Lawrence H. Axman* for petitioner. *Messrs. Charles E. Hughes* and *Maurice Goodman* for respondents.

———

No. 446. MAX HART *v.* B. F. KEITH VAUDEVILLE EXCHANGE, ORPHEUM CIRCUIT, INC., EXCELSIOR COLLECTION AGENCY ET AL. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Martin W. Littleton, Louis B. Eppstein, Ira W. Hirshfield,* and *Lawrence H. Axman* for petitioner. *Messrs. Charles E. Hughes* and *Maurice Goodman* for respondents.

———

No. 449. S. D. GUGGENHEIM, M. GUGGENHEIM, L. GUGGENHEIM, ET AL., ETC. *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Frank Davis, Jr.,* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. George H. Foster* for the United States.

———

No. 455. ALEXANDER MENAREGIDIS, IN BEHALF OF ANDREAS MENAREGIDIS, *v.* HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Van Riper* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

———

No. 456. SOTIOUROS CHRISTOULAS, ALSO KNOWN AS CHRIST LAWYER, *v.* HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. October 18. 1926. Petition for a writ